# Court of Appeals
# of the State of Georgia

ATLANTA,  December 07, 2021

*The Court of Appeals hereby passes the following order:*

**A22A0260. RANDY PRICE v. THE STATE.**

In 2008, Randy Price was convicted of two drug offenses. He was sentenced to a total of 50 years. We affirmed his convictions on appeal. See *Price v. State*, 303 Ga. App. 859 (694 SE2d 712) (2010).[1] In 2018, Price filed a motion to vacate, set aside or correct his sentence, arguing that his recidivist sentence is void in light of a 2015 amendment to OCGA § 17-10-7 (c). The trial court denied the motion, and Price appealed. In dismissing that appeal, we stated that Price's sentence falls within the range of allowable sentences for his crimes and found that his motion failed to raise a colorable claim that the sentence is void. *Price v. State*, Case No. A20A0297 (Oct. 11, 2019). Then, in 2020, Price filed another motion to set aside or correct his sentence, arguing that he was wrongly sentenced as a recidivist given the 2015 amendment to OCGA § 17-10-7 (c). The trial court denied the motion, and Price filed this appeal. However, this appeal is subject to dismissal, as it raises issues that have already been resolved unfavorably to Price in his prior appeal.

"It is well established that any issue that was raised and resolved in an earlier appeal is the law of the case and is binding on this Court[.]" *Ross v. State*, 310 Ga. App. 326, 327 (713 SE2d 438) (2011) (punctuation and footnote omitted). We have already considered the validity of Price's recidivist sentence in a prior appeal. Price

---

[1] See also *Price v. State*, 300 Ga. App. 795 (686 SE2d 406) (2009) (affirming trial court's denial of Price's motion to vacate or correct a void sentence, in which he claimed the State failed to give him proper notice of its intent to seek recidivist punishment).

"is not entitled to multiple bites at the apple." *Ross*, 310 Ga. App. at 328; see also *Paradise v. State*, 321 Ga. App. 371, 373 (740 SE2d 238) (2013) ("Although a void sentence may be challenged at any time, this important legal principle is, nevertheless, subject to the equally well established principles of res judicata and the law-of-the-case rule once the issue has been raised and ruled upon.") (punctuation omitted); *Echols v. State*, 243 Ga. App. 775, 776 (534 SE2d 464) (2000) (the same issue cannot be relitigated ad infinitum; our determination in an earlier appeal is res judicata). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __12/07/2021__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*